STATE OF NEW JERSEY v. SYLVESTER JONES.

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID T. BUCK.

June 30, 1972. Petition for certification denied.

IN THE MATTER OF THE ALLEGED WILL OF GEORGE L. O'BRIEN, DECEASED.

June 30, 1972. Petition for certification denied.

ALBERT HELLER v. IRVING MAIDMAN.

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE E. C. BROWN.

June 30, 1972. Petition for certification denied.

HOUSING AUTHORITY, CITY OF TRENTON v. MATTIE GREEN.

June 30, 1972. Petition for certification denied. (See 118 *N. J. Super.* 544)